**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Erick Somoza-Vega, ) | No. CV-12-1618-PHX-SRB (LOA) |
| Plaintiff, ) | **ORDER** |
| vs. ) |  |
| CO II Larry Brown, et al., ) |  |
| Defendants. ) |  |

This matter arises on another Stipulation to extend the case management's deadlines which the Court deems to be a joint motion to extend the Rule 16 case management deadlines. (Doc. 28) On July 3, 2013, the Court reluctantly extended most of the case management deadlines, in which "counsel [were] forewarned there will not be any further extensions of the case management deadlines in this case. These deadlines are **real**, **firm**, and, consistent with the Civil Justice Reform Act of 1990, 28 U.S.C. § 471 *et seq.*, **will not be altered.** Thus, counsel must plan their litigation activities accordingly. *See Hostnut.Com, Inc.v. Go Daddy Software, Inc.*, 2006 WL 2573201, at *1 (D. Ariz. Sept. 6, 2006)." (Doc. 25 at 3)  The motion fails to explain why another modification is necessary, and, more importantly, why the recently-modified pretrial schedule "[c]annot reasonably be met despite diligence of the party seeking the extension." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 608 (9th Cir. 1992). Clearly, one or both counsel have failed to heed the Ninth Circuit's directive that the deadlines of "Federal Rule of Civil Procedure 16 [are] to be taken seriously." *Janicki Logging Co. v. Mateer*, 42 F.3d 561, 566 (9th Cir. 1994)

1    The Court will not repeat here the background and case law already detailed in its July
2 3, 2013 Order, except to note the motion fails to establish the requisite good cause for
3 extending the current Rule 16 deadlines. The case management deadlines have been twice
4 modified. (Docs. 15, 25) There will not be another.

5    Having failed to demonstrate good cause,

6    **IT IS ORDERED** that the parties' stipulated motion to extend the Rule 16 discovery
7 and dispositive motion deadlines, doc. 28, is **DENIED**. Plaintiff must prosecute his case or
8 this action may be dismissed for lack of prosecution pursuant to Rule 41(b), Fed.R.Civ.P.

9    Dated this 9th day of August, 2013.

　　　　　　　　　　　　　　　Lawrence O. Anderson
　　　　　　　　　　　　　　　United States Magistrate Judge